No. 662, Misc.   THOM *v.* EYMAN, WARDEN.   Supreme Court of Arizona.   Certiorari denied.

No. 687, Misc.   GILBERT *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 692, Misc.   LAWLOR *v.* NEW YORK.   Appellate Division, Supreme Court of New York, Second Judicial Department.   Certiorari denied.   *Frances Kahn* for petitioner.

No. 93, Misc.   PETERSON *v.* CALIFORNIA.   Appellate Department, Superior Court of California, County of Los Angeles.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *A. L. Wirin* and *Fred Okrand* for petitioner.

No. 324, Misc.   MALORY *v.* McGETTRICK, SHERIFF.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Walter S. Haffner* for petitioner.   *John T. Corrigan* and *Harvey R. Monck* for respondent.   Briefs of *amici curiae,* in support of the petition, were filed by *Norman Leonard* for the National Lawyers Guild, and by *Melvin L. Wulf* and *Ralph Rudd* for the American and Ohio Civil Liberties Unions.   *T. W. Bruton,* Attorney General of North Carolina, and *Ralph Moody,* Deputy Attorney General, filed a brief for the State of North Carolina, as *amicus curiae,* in opposition.

No. 406, Misc.   MILLER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.